AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:21-mj-00139 |
| Dominick Madden | ) Assigned to: Judge Robin M. Meriweather |
| | ) Assign Date: 1/21/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| **Date of Birth:** XXXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    January 6, 2021    in the county of _____ in the
_____ in the District of    Columbia   , the defendant(s) violated:

Code Section                                   Offense Description

18 U.S.C. 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 1752(a)(2)- Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael Attard, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    01/21/2021

*Judge's signature*

City and state:    Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*