AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00139 |
| Dominick Madden | ) Assigned to: Judge Robin M. Meriweather |
| | ) Assign Date: 1/21/2021 |
| Defendant | ) Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Dominick Madden__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752(a)(2)- Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: __01/21/2021__                                                                 2021.01.21 15:58:34 -05'00'
                                                                                                  *Issuing officer's signature*

City and state:   __Washington, D.C.__                 __Robin M. Meriweather, U.S. Magistrate Judge__
                                                                                               *Printed name and title*

### Return

This warrant was received on *(date)* __01/21/2021__, and the person was arrested on *(date)* __01/21/2021__
at *(city and state)*  __Brooklyn, NY__.

Date: __01/27/2021__                                    _____
                                                                                  *Arresting officer's signature*

                                                                   SA Francisco Gonzalez Jr.
                                                                                  *Printed name and title*