# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 21-cr-55 (EGS) |
| : | |
| DOMINICK MADDEN, : | |
| : | |
| Defendant. : | |
| : | |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America respectfully moves this Court for a two-week continuance of the sentencing date, currently scheduled for March 1, 2022, due to a scheduling conflict for government counsel. Government counsel has conferred with defense counsel, who does not object to this request and is available the week of March 14-18, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


By:    *s/Amanda Jawad*
AMANDA JAWAD
Assistant United States Attorney
District of Columbia Detailee
211 W. Fort Street
Detroit, MI 48226
Amanda.Jawad@usdoj.gov
(313) 266-9116