UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-55 (EGS) |
| : | |
| DOMINICK MADDEN, : | |
| : | |
| Defendant. : | |
| : | |

**JOINT MOTION TO CONTINUE SENTENCING MEMORANDUM DEADLINES**

The United States of America and Dominick Madden jointly move this Court for a two-week continuance of the dates upon which sentencing memoranda are due, for the following reasons:

1. Sentencing was initially set for March 1, 2022;

2. On December 29, 2021, the government filed an unopposed motion for a two-week continuance of the sentencing date, which the Court granted;

3. The Court re-set the sentencing date for March 17, 2022 at 3:00 p.m. and invited the parties to submit a proposed timeline for sentencing memoranda due dates;

4. In light of the two-week adjournment of the sentencing date, the parties request a two-week adjournment of the time by which the sentencing memoranda are due, in accordance with the attached proposed order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


By: *s/Amanda Jawad*
  AMANDA JAWAD
  Assistant United States Attorney
  District of Columbia Detailee
  211 W. Fort Street
  Detroit, MI 48226
  Amanda.Jawad@usdoj.gov
  (313) 266-9116

By: *s/Maria Jacob (with consent)*
  Maria Jacob
  Counsel for Dominick Madden
  Office of the Federal Public Defender
  625 Indiana Ave., N.W.
  Washington, DC 20004
  Maria_Jacob@fd.org
  (202) 208-7500

Date: February 9, 2022