To whom it may concern..

My name is Robert Reilly. I live in Staten Island NY.. I work for the Department of sanitation  of NY.
I'm writing to you on the behalf of my work colleague, my employee , my friend Dominic Madden..
I met Dominic 21 years ago , we both started our careers with the Department of Sanitation ..  I started in District 9,Dominic was in District 14. We crossed paths and worked together many of times..we both transferred to District 15 somewhere around 2005 where we both began to work with each other more often.. In 2008 I was promoted to supervisor and was assigned to manhattan.. I transferred back to district 15 as a supervisor in 2010 and was no Dominics boss, nothing changed between us because Dominic was always a good worker and always completed his assigned task ..Always could call on him when needed something done..Dominic has always went above and beyond at work.. the one thing I admire most about him is how he loved his family and always put them before him self..He would always take off for them if needed..I am the same way and I think that's why we became close..I hope you can show leniency on Dominic because he has a family and they need him…
                    Thank you
                    Robert Reilly