To Whom It May Concern

My name is Igor Lev, I reside at ███████████████████████████████. Dominic is my next door neighbor who I have known for about 15 years. He is an amazing person not only to me and my family but to everyone in the neighborhood. He is an amazing father to his kids and a great husband to his wife. Dominic always offers a helping hand and he is always there if needed.

Thank You,

IGOR L