Dear Honorable Judge Sullivan,

   I Lynn Madden am the wife of Dominick Madden. I would like to start out by saying that my husband and I have been together since we were kids at just sixteen years old and he has always been the amazing man he is today. When we first started dating my son Christian was a couple of months old and he took on the role of dad at such a young age. From then on he's always been a great dad, from being a little league coach, a mentor and a role model. He is and has always been there for our family whenever we need him.

   As time went on we've had two more son's Dominick and Vincent. He has always been the sole provider of our family as I am a stay at home mom. He is the most loving, dedicated father and husband I've ever known.

   Our son Christian is married now and has just recently blessed our family with our first girl and beautiful granddaughter          . She is the apple of our eye and has now become grand daddy's little girl. We are also expecting a new addition and bundle of joy to our family this coming May as our Son Christian and daughter in law are expecting their second child, our second grandchild a beautiful baby boy           We are such a close family and my husband has a very strong bond with his sons. That is the main reason why our son Christian has grown in to the man he is today and is such a great father. Like father like son, he learned it from his dad.

   My husband Dominick and I have been madly in love with each other for 27 years and our love truly grows stronger everyday. He is and always has been my best friend and the love of my life. To be 100 percent honest your honor I try to keep up a good front for my husband and children but I must say that I have been living in fear everyday since this has happened because I can honestly say that I could never imagine life without him, not even for a minute. I truly don't know how the kids and I would be able to bare it and get by. My husband takes on and handles all of our family's finances and more importantly we are such a close, loving, tight knit family who spend all of our time together. We have grown up together since we were kids and we have raised our family with nothing but pure love for each other and that love has always been spread throughout and within our home. My husband is the heart beat, strength and back bone of our family and like I said before I can't possibly imagine spending even a minute of my life with out him.

   I would like to sincerely thank you your honor for taking the time out to read this letter and allowing me to show you the true man, loving father, adoring husband

and best friend to everyone my husband Dominick Madden truly is. If you have any further questions or would like to speak to me please feel free to call me anytime at 3479469654. Thank you.

    Sincerely yours,
    Lynn Madden