

Dear Honorable Judge Sullivan,

  I Dominick Madden would first like to start out by thanking you for allowing me to express my deepest regrets for the events that took place on January 6th. I would first like to sincerely apologize to all the Congress men and women and all the members of the Senate that had to suffer through that horrific day.

  I Dominick Madden on January 6th did enter the Capitol building and walk through the hall, mainly in awe of the beauty of it for about 10 minutes. I now realize after seeing how some of the actual events unfolded afterwards on television that my actions although non violent and with no malicious intent whatsoever could have and did contribute to that whole horrible event. Again I would sincerely like to apologize to everyone who had to suffer through that horrific ordeal that day and It truly breaks my heart that I, with my own actions, unknowingly at the time contributed to these events.

  I would also like to sincerely apologize to my whole family for putting them through this. All the negative attention and ridicule I have received has unfortunately in many ways reflected on to them and that is a burden I and they will have to work on reconciling with our whole lives. My actions and obvious big mistake on that day has also put the welfare of my family at risk as I was forced to retire from a career that I truly loved and was very proud to do. These burdens, guilt and remorse that I feel can never compare to no other as my whole life has been about loving, teaching, taking care of and providing for my family. The fact of knowing how my actions put all of these at risk is something I will have to live with and will be working on reconciling with my whole life because I know I will make sure that I will never put my whole family at risk ever again. Over this past year of suffering financially, mentally and physically and punishing myself I have realized how my decision to enter the Capitol on that day has affected so many lives in a negative way and I am truly, truly sorry for that especially because I know there is no one to blame but myself.

  Your honor I plea with you and humbly ask that you take all this in to consideration and take me for my word as a man on how I started the reconciling process as soon as this happened and I have truly learned my lesson. I will now make sure, more than ever before that I always fully think first and try my best to see the big picture before I act especially since my actions can and do affect so many lives, including the ones I hold dearest to my heart. Once again from the bottom of my heart I would like to sincerely and truly apologize to all the people and families that were affected on that day. Thank you your Honor.

                Sincerely Yours,
                Dominick Madden