Angelo Mendola                                                        Friday, February 4, 2022



Re: Dominick Madden

To the Honorable Judge Sullivan,

I am writing you this letter regarding my brother-in-law, Dominick Madden. The purpose is to express my strong support for leniency in the sentencing of him, whom I consider my own brother.

I met Dominick in 2005. During that year, I met the most beautiful and amazing woman, Jillian. She is Dominick's sister. Not only is Dominick her brother, since she was a young child, Dominick had also stepped in like her father, as her parents did not live together. There is something to say about a young man who takes on this role for not only his sister but for his mother. Strength, loyalty, and maturity. I met Dominick at his home, where I also met his 3 beautiful children and his now wife, Lynn. The amount of hospitality and affection for the things he holds dear, was an amazing site to see. So, for close to 17 years, I have been a part of his family as well and him being a part of mine. He is very important to me.

To say Dominick is a good person, is an understatement. In each of our lives we are lucky to sometimes witness people who are quintessential contributors to the world around them. Dominick is an outstanding father, devoted husband, loyal son, and inspirational brother to his sister. Dominick is so important to our entire family's lives, so much that we were honored to have him be the godfather to our oldest son Angelo Jr, who is now 8 years old and adores his "Uncle Dom". Just like everyone who encounters Dom; they adore him, they are inspired by his passion, his creativeness, and his loyalty to the things he loves. That influence doesn't exist too often.

As a citizen of his community in Brooklyn, NY; you will find hundreds of people that know Dominick as an outstanding citizen whom have the utmost respect and only great things to say about him. His contributions are not limited to just his family. As a NYC sanitation worker, neighbors on his routes were excited when they saw him come down their block to pick up their weekly trash. The countless sports teams he has coached over a decade have birthed dozens of outstanding young men into our society because of his leadership and inspiration. The friends he has made, will all say he is the most loyal friend they have. The world around Dominick is a better place, because of him.

Dominick has made a mistake and he is incredibly remorseful. He is in debt to the consequences of his actions, and he knows it. But to do that, he needs a second chance. I recognize that Dominick broke the law, I hope you will recognize the power you wield with the future of this great man and the people who hold him in such high regard and make a fair decision.

Thank you.

Angelo Mendola