Dear Honorable judge Sullivan,

I Christian Buckman am writing you this letter on behalf of my father Dominick Madden. I am currently in the academy and officially graduate on March 8th 2022 to become a Firefighter for the city of New York. I couldn't be more grateful, humbled and proud. It is my dream job. Ever since I was a kid I always wanted to be a Fireman. My father always taught me to work hard for your dreams and make them come true and that's just what I did.

My Dad Dominick Madden first met my mother Lynn when they were just kids and when he was 17 and my mom was 16 they started dating. I was only a few months old at the time and my biological father had disappeared from our lives. From the moment my true father Dominick and my mom started dating he became my father and he supported my mom and I. I don't know of any 17 year old kid that would do that because obviously he didn't have to. Him and I have the strongest father son bond out of anybody that I know quiet honestly. He is the best role model to my 2 brothers and I. My friends look to him for advice when they need it, always looked up to him, and always wished they had a dad like me. It didn't matter what it was he would do anything for my friends my family and for me. If you ask anyone that knows him, if they had one phone call to call someone for any kind of help they would call my Dad. I wouldn't even be close to the man and father I am today with out him.

Your Honor I would just like you to know that my Dad is an exceptional member of our community. He was a proud member of the Department of Sanitation of New York for 20 plus years. He also coached my brothers and I plus countless other youths in baseball, football and quite frankly life for over 20 plus years. He has always been a positive role model on anybody's life that he ever touched and I couldn't be prouder to call anyone else my Dad.

I would like to acknowledge that I know and understand that my Dad made a mistake and broke the law. I know for a fact that he understands that his actions on that day were wrong and he is deeply remorseful. The reason I know all of this is because he talked to me about it and as always taught me the lesson he had learned and not to ever make the same mistakes he made. I truly don't know what I and my whole family would do without him. I'd just like to Thank you your Honor for taking the time out to read this letter and please if you will consider all this when determining his sentence. Thank you.

    Sincerely yours,
    Christian Buckman