

Dear Honorable Judge Sullivan,

  My name is William Simonelli. I am a General Superintendent and the Deputy Chief of Brooklyn, New York for the Department of Sanitation of New York. I would first like to thank you for taking the time out to read this letter and allowing me to write it on behalf of Mr. Dominick Madden. I would also like to point out that this letter is not an official statement from the Department of Sanitation of New York and that this is I William Simonelli's personal point of view only. The purpose of this letter is to try and show you the type of man Mr. Madden truly is.

  I first met Mr. Madden over 20 years ago when we first got hired by the Department of Sanitation for the city of New York. We worked together many times over the years and I have to say there is no man I would rather work besides. He is a phenomenal worker, a loving family man, an overall great guy, truly a great friend and I couldn't have asked for a better partner. Dominick was always one of the first to help out any of his fellow coworkers and would give them the shirt off his back if they ever needed it.

  As the years went by I moved up the ladder and took two promotions. Mr. Madden had now worked for me instead of alongside me. Once again I have to say there is truly no man I would rather have working for me than Mr. Dominick Madden and the reason being is I know that any job or task that was assigned Mr. Madden was going to get it done very proficiently and rapidly with no problems or questions asked.

  Your honor I ask you to please take all of this in to consideration when sentencing Mr. Madden and please if you can show as much leniency as you're allowed. I know he made a mistake and broke the law but as a personal friend I know and could tell you how remorseful he truly is. He has already paid such a huge price for his actions as I know how much he valued, loved and misses his career and I have to say he is sorely missed by all as well. I know how great of a man he is, how much he loves his fellow coworkers, friends and family and also how much his family means to him and counts on him. I would like to thank you once again your honor and let you know if you have any further questions or would like to speak to me please feel free to call me anytime at ▮▮▮▮▮▮▮▮  Thank you.

        Respectfully yours,
        William Simonelli