# **GERRITSEN BEACH YOUTH ORGANIZATION**

<u>GBLL established 1953</u>                <u>GBFF established 2015</u>

      

February 8, 2022

Dear Honorable Judge Sullivan,

    I am writing this letter on behalf of Mr. Dominick Madden. I have known Mr. Madden for over 25 plus years. He has been a part of the Gerritsen Beach Youth Organization in every aspect from coaching baseball as well as football for 20 years. Mr. Madden has and continues to be a very big part of our organization and a pillar to our community. Coach Dom (as we all call him) has dedicated himself to teaching the youths of our community. He has been an advisor, mentor and a lifeline to some of our children throughout the years. He has and continues to encourage personal development and provides guidance for their future. I am honored to call him an amazing coach, mentor and friend. I have watched the kids he has coached and mentored go onto being very successful in their lives. If you have any questions please feel free to call me at 347-409-8090.

Respectfully,
Keri Dressman
President of the GBYO